**UNITED STATES of America v. Luis M. SANCHEZ et al.**

No. 2309.

Circuit Court of Appeals, Tenth Circuit.

May 9, 1941.

Everett M. Grantham, U. S. Atty., of Santa Fe, N. M., for appellant.

R. F. Deacon Arledge, of Albuquerque, N. M., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed May 6, 1941, on motion of appellant.

**NASHVILLE TRUST COMPANY, as Executor of the Estate of Charles M. McCabe, Deceased, Formerly Collector of Internal Revenue, Appellant, v. J. H. TEAS et al., Appellees.**

No. 8962.

Circuit Court of Appeals, Sixth Circuit.

May 7, 1941.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn., for appellant.

Keeble & Keeble, of Nashville, Tenn., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

On motion of the appellant, it is ordered by the court that this case be docketed in this court, and that the appeal of Nashville Trust Company, as executor of the estate of Charles M. McCabe, deceased, formerly Collector of Internal Revenue, from the final judgment entered in this case in the District Court of the Middle District of Tennessee, Nashville Division, on December 20, 1940, be and hereby is dismissed.

**Tony RUSSO, Appellant, v. UNITED STATES of America, Appellee.**

No. 8940.

Circuit Court of Appeals, Sixth Circuit.

May 7, 1941.

Fred W. Garmone, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to motion of appellant.

**Henry Linn SHOCK, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 9709.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1941.

Henry Linn Shock, in propria persona, for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tysinger and John J. Flynt, Jr., Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

The judgment is affirmed.